*Clutsom Machines, Inc.* v. *United States* (21 Cust. Ct. 30, C. D. 1122). Although plaintiff failed to make any claim for relief as to the parts of machines involved in the cited case, appropriate claim was made in the instant case. Following the cited authority, the claim of the plaintiff was sustained.

**No. 52885.**—Clutsom Machines, Inc. *v.* United States, protest 116686-K (Bridgeport).

Opinion by LAWRENCE, J. The uncontradicted evidence showed that the Clutsom textile machines are similar in all material respects to those the subject of *Clutsom Machines, Inc.* v. *United States* (21 Cust. Ct. 30, C. D. 1122). Although plaintiff failed to make any claim for relief as to the parts of machines involved in the cited case, appropriate claim was made in the instant case. Following the cited authority, the claim of the plaintiff was sustained.

**No. 52886.**—Clutsom Machines, Inc. *v.* United States, protest 143499-K (New York).

Opinion by LAWRENCE, J. The uncontradicted evidence showed that the involved articles are parts of machines, which machines are similar in all material respects to those the subject of *Clutsom Machines, Inc.* v. *United States* (21 Cust. Ct. 30, C. D. 1122). Although plaintiff failed to make any claim for relief as to the parts of machines involved in the cited case, appropriate claim was made in the instant case. Following the cited authority, the claim of the plaintiff was sustained.

**No. 52887.**—F. W. Woolworth Co. et al. *v.* United States, protests 651579-G, etc. (New York).

Opinion by RAO, J. The protests were dismissed.